IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
Pensacola _____ DIVISION

ANTHONY L. COOPER,
D.O.C. # 277718,

    Plaintiff,

vs.

Case No. 4:08cv176|SPM|AK

Peggy underBrink, Esq.
Gregory E. Schwartz, Esq.
Francisco Angones, Esq.
President of The Florida
Bar Office # 651 East
Jefferson Street.
Tallahassee, Florida. 32399-2300.
AND
Heidi E. Brewer, Esq. Attorney consumer
Program. Bar counsel The Florida Bar
651 E. Jefferson ST. Tallahassee,
FLA. 32399.
Defendants, Respondents.

TRIAL JUDGE
Demand.

CIVIL LAWSUIT complaint.
§2254 Petition for Writ of
Habeas Corpus Relief and Trial
Demand.

Jewish counsel for the undersigned
petitioner sue's and sue any and all
liable parties pursuant to Fed. R. Civ.
P. § 2254 petition for Writ of Habeas
Corpus Relief. § 1983 42 U.S.C.
For damages done (in excessive)
of $250000000000.⁰⁰ billion dollars.
400000000000000000000000000000000000000.⁰⁰

PETITIONER FOR CAUSE OF ACTION Alleges:

1. PETITIONER IS Resident OF FLA. DEPT. OF Corr. 2601 BLAIRSTONE Rd. TALLAHASSEE, FLA. 32399.

2. Respondents ARE Residents And Employees Licenses By FLA. BAR 651 E. Jefferson, ST. TALLAHASSEE, FLA. 32399.

## JURISDICTION SET.

PETITIONER STATES A, CLAiM FOR The Relief BASiS. THAT, AS follows:

## STATE OF CLAiM FACTS for Relief.

PETITIONER WAS BRUTALY Beater Stabbed ALmost To Death And murdered Killed And then Bloodly Beaten ASSAU/ted An d (RAped) (RAPe) SEXUAL ASSAU/ted By AnoTher PRisoner INMATE. While IN His cell. Room. AS Result PETITIoner Have Did so sustained Life (Threating) Permanance INjurys. of (1). Hept. (B). (C). & H. I. V. — AIDS, From His (ASSAilent) ATTACker And oTher INMATE. And oTher Bodly INjurys, eTAL. And medical care negligent By contracted Hospitals.

Peggy underbrink AS Result Respondents. contacted PETITioner And Requested Representation on or About (SEPTember 30, 2006.) dAre.

IN THAT CIVIL CASe. PETITIONER formaly
AGReed Then Respondent peggy under brink, Esq.
Demanded RequESTed on (TeLephone)
TApe Recorded Evidence of prison
TeLephone compAnys. INC. (M.C.I.)
TApe. ThAT She would Represent
Him "And Demanded thAT He PETITIONER
Send And MAiled TO Her Any And
ALL His"(medicAL Records,
    INcidents RepoRTS, police crime
    Seree RepoRTS, NOTIce of CLAimS,
    LeTTeRS, pHoto Evidence, etAL)"

PETITIoner did so send And MAiled
Such Above DocumentSReconds
Evidence of His personAL propertys.
TO The RespondonTs. peggy vnderb
Rink, Esq. on (December 21, 2006.)
(December 21, 2006)12-21-06.
dAte. on VideoTApe CAMARA Evidence
By correctionAL officer Sidney
Young, LegALMAil officen
Employee OFFLA. STATe
PRisch 7819N.W. 3)28thST.
RAiford, FLA. 32026. And
COl. S. young, (NOTARized) A,
LegAL couNT Documented ThoT PETITIONer.

NOW HAVE AS Evidence proof That he
mailed The (# 3 - three Big packages)
MANILLA Envelopes Boxes Records
Documents Evidence. IN Them of
The Aforemention. And Aforemention.
Civil case. The Respondent peggy
Underbrink, Esq. Received These
(3-Boxes) Records Documents. Sometime
During Between Dates of "(Dec. 21, 2006
theu- JAN. 30, 200 7.)". Then (Refused)
Failed TO contact petitioner (Any more)
OR Any further. petitioner waited
FOR A, TOTAL OF (3-months)
Then Began to write (Ton's) of Letters,
corrospondence. To Respondent peggy
Underbrink, Esq. Respondent failed
Refused To Respond OR CONTACT
petitioner. petitioner was then
forced and compelled to
(NOTIFY) The (FLA. BAROFFICE)
Then Respondent was given
10-DAys To Respond To
FLA. BAROFFICE complaints.

(4)

Respondent. Then (only) FALSELy (Lied) And submitted FALSE Documentation TO The FLA. Bar office Displinary counsel. And Then (Declined) TO Represent petitioner. petitioner then Requested for The (Returned) OF The # 3 - Three Big Boxes manilla Envelopes Records, Documents of That civil case. Respondent Failed TO Do so Refused TO Do so. And then FALSELy Lied AN submitted FRAbrAsAted. FALSE Records TO The FLA. BAR office that she HAve sent And mailed these Records BACK TO The petitioner Her X-client. without Ever Doing such. And (without) showing Any TYPE OF PROOF OF U.S. POSTAL DOCUMENTS OF mailing. Evidence of The Records Being Returned sent BACK TO petitioner. showing PROOF of petitioner signed signatures

(5)

Receiving His Records BACK, that
#3- Boxes mailed TO Her on
Dec. 21, 2006 date. petitioner
then AgAin ATTEMPTed TO (Resolved)
this matter, BY WRITTen Letters,
TO Respondent RequESTing His
Evidence Be Returned sent
BACK TO Him Respondent
still failed TO Do so.
then petitioner notify
the HEidi E. BREwer, ESq.
ATTorney consumer PROGRAM
Bar canseLor. And sent
several BarcompLAints
TO Her Respondent BreueR, ESq
FLA. Bar office Failed
TO TAKe ACTion And get
The petitioner Records
Documents sent mailed
BAck TO Him. And Failed
Document INvestigate
FLA. BARoffice compLAnts.
sent TO Her By petitioner.

PETITIONER HAVE Filed A, (multimillion)
DOLLARS CIVIL Rights LAWSUIT.
IN The (RAPE BATTARY, CIVIL ClAims)
INCIDENT STATED And the CASE
IS pending count (TRiAL dATe)
By (TRIAL JUdges) And petitioner
needs these Records Documents,
Evidence BACK TO Be submitted
TO JUNy And JUdge. therefore,
PETITIONER SUES And SUES
FOR the ReTurned oF These
Records Documents BACK To
Him FROm Respondent
peggy underbrink, ESg. And
A, (ShowcAuse order) TO
Be issued (STipulating)
Respondent peggy underbrink,
ESg. ReTurned these Records
BACK TO petitioner And
Showing U.S. postAL Document
RecordPROOF oF petitioner Receiving such
Records BACK with His sigNATUres on Them.

(7)

Within (20-DAYS) OF Showcause
(order) OF This Count. And petitioner
SUES Respondents for (undue)
Hardship Damages Done.
OF PROFESSIONAL Legal
MALPRACTICE negligents,
CIVIL Rights Violations,
PERSONAL injurys OF petitioner
CLAIMS NOW submitted
TO This Hon. Court FOR
Serious prosecution
And further Alleges.
A, CLAIM FOR Relief
OF, The following;

NATURE OF Relief
Sought.

(8)

From: MR. AnThonyL. cooper
#277778.
FLorida STATe PRISon 7819 N.W.228th.
STReeT. RAiFord, FLorida. 32024
& .ATTorneys For CLAiment.

TO: % ATTN: Gregory Schwartz, Esq.
Peggy underbrink, Esq.
P. O. BOX 2076.        —AND—
Jensen Beach, FL. 34958-2076.
Respondent.

And
THom GAllAghen, insurance commissioner
DepARTmenTOF RISK mAnAgment
Insurance comPAny.
200 E. GAines STReet.
TALLAHASSee, FLorida. 32399.
Respondent.

Gregory Schwartz, Esq
205 Southwest
Winnachee, DRive.
STUarT, FLorida. 34994.

RE: D/A: June 15, 2007.

D.O.I. June 15, 2007

AND   FRAncisco Angones Esq.
PResident of FLorida
BAr. &. Heidi Brewer,
Esq. BAr counsel, etkc.
651 E. Jefferson, ST.
TALLAHAssee, FLA. 32399

NOTICe of CLAim
Letter

Dear ms. underbrink, Esq. : Pursuant To § 2254-§1983. 42 US.C.
Please TAKe NOTICe that pursuant TO CH. 768. 28. §2254-
42 U.S.C. §1983. Legal mAL PRACTice negligent OF ATTorney And member
OF FLA. BAr And Arms BY U.S. Supreme court. And
The supreme court of FLorida. YOuA RE NOW Being SUEd
IN your INdividualed And OFFicial cAPACity. iNExcess OF
#250,000,000,000. oo billion dollars. And
TRiAL JUdges AwARd OF seeking TOTAL ReliefoF,
#400,000,000,000,000,000,000,000,000,000,000,000. oo
For Any And ALL Loss DAmAyes done suffered
IN The CLAim Now being submitted upon you. And
IN The CLAim oF (NOV. 12, 2001.) civiL Rights
PERSONAL INjury CLAim® And (multiple) clAims.
And LAwsuiT. By CLAiment. CLAiment Now sUES.
And STAtes (STAte) A, cLAim OF LegAL mAL PRActice
That on or About SAiD DAte OF A bout
(SePT. 30, 2006.) RespondenT did so Agreed To
Represent CLAimenT Petitioner.

— By A, Tape Recorded —

PAGE #9)

- (M.C.I.) Telephone, companys, Inc. for the
FLA. State Prison 7819 N.W. 228th St. Raiford,
FLA. 32026. Prison Agent. And from (Sept. 30, 2006)
And/or (Sept. 1, 2006. thru- Dec. 30, 2006.)
Dates. Requested from Client Mr. Anthony L.
Cooper, #277278. The Claimant in this claim.
As well as the (Nov. 12, 2001. claims) Any and
All of His Legal (Documents) Records. of
The (Nov. 12, 2001.) civil Rights claims. that
She (Agreed) verberly. And on (Taped Recorded)
Telephone Tape Evidence conversation. That
She is Representing the Claimant in the
(11-12-01.) civil case claims. And That She
was now His (Attorney) and (Requested)
(Demanded) that the claimant. turn
over and produced mailed and send
forward Her any and all His (11-12-01.)
Records of that case claims. for Representatn
The Claimant. Did to witt on (on) the
Date of (December 21, 2006.)
(12-21-06.) date. Mailed
#3 - three Big Giant
Manilla Envelopes of Records
X—

Page #(10).

CIVIL RIGHTS CASE CLAIM. TO peggy underbri-nk, Esq. 205 S.W. Winnachee, Dr. STUART, FLA. 33494. By (NOTARIZED) LEGAL COUNT (DOCUMENT) (VARIFYING) PROOF OF MAIL'x such. And special with DRAWL SLIP MAIL RECEIPT. OF INMATE Anthony L. Cooper #27728, CLIENT. And By (1). correctional officers' dney Young, COI. Job TITLED. And LEGAL MAIL MAIL OFFICER on (Dec. 21, 2006.) 12-21-06. DATE. AT FLA. STATE PRISON 7819 N.W. 228th ST. RAiford, FLA. 32026. And (NOTARIZED) (NOTARY public.)" STAMP" (VARIFYING) PROOF OF MAILING ALL #3 — Big PACKAGE OF DOCUMENTS OF NOV. 12, 2001. CIVIL CASE TO peggy underbrink, ESq. STUART, FLA. And By (MAIL ROOM DEPT. STAFF) (1). D. Combs, supv, &. (2). COI. moody et.al. ALSO Employees OF FLA. STAR PRISON Raiford, FLA. Mailroom Dept. However, Respondent peggy underbrink, Esq. (Received) ALL these (NOV. 12, 2001.) Records Documents of civil case. Then DeClne Representation. Without (notice)
TO clint pen'...

Claiment. then (Notified) The FLA. Bar office
onor About Between (JAN. 30, 2007. thru-June 1, 2007.)
And the FLA. Bar (investigated) FLA. Bar
complaints filed Againts (peggy underbrink, Esq.
By Client Claiment mr. Anthony L. Cooper #2 mi.
Respondent, then was (or dw) #10-days To
Respond to complaints By Bar counsel.
Then Respondent Notified Claiment.
that She Deline Representation.
And (Refused) Failed To (Returned)
mailed the Claiment All #(3)-
three Big Giant Packages of
manilla Envelopes, of Records
Documents of The (Nov. 12, 2001)
Civil Rights Claims case. Back
To The Claiment. Her Client.
And Respondent (falsely) Lied
(under) oath. And (perjured) Bar-
committed Documents. To FLA.
Bar cousel That She Had
All ready Returned. And

Page # (12)

AND DOCUMENTS. BACK TO MR. COOPER, CLIENT
CLAIMENT. BUT (never) did AND FALSEly
TO BAR counsel And submitted FALSE
DOCUMENTATION. AND (Lied) FALSEly TO Her
Client AS OF This date OF DATE
(Febuary 3, 2008.) CLAIMENT.
STill HAve (NOT) Received such
Records Documents mailed TO HERAT
Her LAW office. Address Aforementian stated.
Thereby, CLAIMENT (Refiled) Filed
Ton's OF MORE (F LA. BAR COmplaints)
And Respondent peggy underbrink,
Esq. STill (Refused) Failed
TO (Returned) MAiled All

#3 – Big GIANT MAII (1A Envelope
OF Records Documents OF The
(NOV. 12, 2001.) CASe. BACK TO
CLAIMENT CLient MR. COOper
#2 m 78.
Thereby, CAUSEing undue Hardship
AND (serious) Life & Death Related
Permanent INjurys DAmages.

PAGE # (13).

TO CLAIMENT. there Fore CLAIMENT
Now makes this Claim iN Good Faith.
And you will Have # 6 - SIX -
months From date oF your
Receivel oF This NOTICE leTTer.
To produced the production.
oF ALL # 3 - Three Big
GIANT (BOXES) mAnilla ENVelopes
PACKages oF The (NOV. 12, 2001.)
(11-12-01.) CIVIL CASE Records.
BACK TO CLAIMENT AnThomy L.
Coopur # 277728. And to
Resolved And (Amicably)
Settle this CLAIM. (Seeking)
Compensation IN Excess of
# 250,000,000,000,000.⁰⁰
OR A (LAWSUIT) For Legal
MAL PRACTICe negligent
Will be filed Against

PAge (14).

For DAMAge (DoUbleing) IN The sum oF
[compumtive and compensatory] negligent.
PLUST ALL costs OF (Hireing) Retaining
(Secured) PROFESSIONAL LegAL mALpractice,
negligent Experts prosecuting Lawyers
ATTorney S To professionAcy Represent
CLAiment. seeking Recovery of,
$400,000,00000000000000000000000000000000000000000000
And A, TRIA L By TRiA L JUdges. IN
This CAse And C LAims for
your LegAL mALpractice
negligent cause ing (serious)
undUE Hardship. And (Life) &.
Death further (permanent)
INjurys DAmAges Done.
And I mpAiRed DisAbled.
DAMAge.

(15).

NATURE RELIEF SOUGHT.
PETITIONER MOVES FOR (ORDER TO SHOW CAUSE) AND DISCOVERY, AND TRIAL.
1. WhereFore, the PETITIONER REQUEST A, TRIAL BY
TRIAL JUDge. DEMAND AND PUNATIVE AND COMPENSATORY
DAMAGES BE AWARDED INEXCESSIVE OFThe
U.S. DIST. COURT. JURISDICTIONAL AMMOUNT OF
$50,000.00 AND SEEKS IN EXCESS OF $250-billion
DollARS. And TRIAL AWAR of UndeTeRmined DAMAGES
OF, $400,000,000,000,000,000,000,000,000,000,000.00 dollARS.

2. The decision resolved an important yet previously unsettled issue of law,
and it is apparent that the decision will have a future impact on a large number
of personal injury cases. CLAIMS ARROUSEING FROM The one Episode OF This cASEclAim.

3. The importance of the issue is underscored by the fact that there were
many interested groups and parties participating in the case as amicus curiae.

4. While the question is one that should be resolved by the supreme court, U.S. SUPRECOURT WASHINGTON, DC.
there is no jurisdictional basis upon which the parties can unilaterally request
U.S. SUPREME supreme court review.
WASHINGTON, D.C.
5. Under these circumstances, the appellee suggests that the appropriate PETITIONER
course of action for this court would be to certify the decision as one passing on
a question of great public importance.
(CLAIMTT.) PETITIoner
Wherefore, the appellee respectfully suggests that this court certify its
decision for review by the Florida Supreme Court. U.S. WASHINGTON, D.C. RESPECTFULLY SUBMITTED,

BY/S/X Anthony L. Coop BY! /S/ X Anthony L. Cooper
_____ RESPECTFULLY SUBMITTED,
(ATTorney For PETITIoner) [name] MR. Anthony L. COOPER #277778.
[address] FLorida STATEPRISON 7819 N. W28th
[phone] NONE X ST. RAiford,
Florida Bar No. NONE X FLA.3202
Attorney for the Appellee CLAiMTT.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was furnished to [name and
address of all counsel of record in the district court] by United States Mail, this
[day] of [month], [year]. To Peggy UnderbRink, Esq, P.O. BOX 2076
Jensen Beach, Florida 34958. And TOM GALLAgher, DEPT. RISK MANG.
200 E. GAines, ST. TALLAHASEE, /S/ X Anthony L. Coop
FLorida.32399. This 1ST dAy [name] MR. Anthony L. COOPER #27778.
OF February. 2008.

[This abbreviated form is based upon the issue raised in *Insurance Company of
North America v. v. Pasakarnis*, 451 So.2d 447 (1984), a case presenting a good
example of kind of district court decision that should be certified to the supreme OF The UNITED
court. Certification of district court of appeal decisions is discussed in section STATES WASHINGTON, D.C.
3.11 and sections 27.2 through 27.5 of the text.]

RULES OF THE SUPREME COURT

**ARGUMENT—Continued**

*Pro hac vice* ...................................................................

Rehearing ........................................................................

Time allowed....................................................................

**ATTORNEYS—See also Admission to Bar; Criminal Justice Act of 1964**

Appearance of counsel.................................................

Appointment as counsel for indigent party.............

Argument *pro hac vice*...............................................

Compensation

—Criminal Justice Act of 1964...........................

—Travel expenses when representing indigent party.......................................................

Costs awarded against ................................................

Counsel of record .........................................................

Damages awarded against...........................................

Disbarment.....................................................................

Discipline of attorneys

—Conduct unbecoming member of Bar............

—Failure to comply with this Court's Rules

Employees of Court, prohibition against practice

Foreign attorneys, permission to argue ...................

Substitution of counsel................................................

Suspension from practice............................................

Use of Court's Library ...............................................

Below are the telephone numbers of the CLER and BSCR staff. Please do nc ...ate  contact staff members for assistance.

If you have general CLER or BSCR questions, please call 850-561-5842 or visit our website www.floridabar.org.

If you have questions concerning CLER delinquencies or reinstatements, please call either:

**Waukesha Peterson — 850/561-5824**
**or**
**Kathryn Cope — 850/561-3126**

If you have questions concerning Basic Skills Course Requirement (BSCR) delinquencies or reinstatements, please call either:

**Valerie Yarbrough — 850/561-5653**
**or**
**Kathryn Cope — 850/561-3126**

Memorandum
Of
LAW
Rules
Of
U.   S.   Supreme Court.
Enforcement
OF
LAW
on

Attorneys misconduct
Actions.
Displine.

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION

MR. Anthony L. Cooper
D.C. #277778
Florida State Prison
7819 N.W. 228th
Street.
Raiford, Florida.
32026

"Legal Mail"

TO: MR. G. Miles Davis, Judge
United State District
Court. Courthouse
Northern District
o Fflorida

#I one North
Palafox Street.

Pensacola Florida.
32502